**DISMISS; and Opinion Filed October 19, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00810-CR

**MODESTO CASTILLO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82117-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Justice Fillmore

Modesto Castillo was convicted of aggravated assault with a deadly weapon and sentenced to two years' imprisonment on June 1, 2015. Appellant filed a motion for new trial on June 11, 2015. *See* TEX. R. APP. P. 21.4(a) (motion for new trial due within 30 days of date sentence imposed or suspended in open court). The trial court granted appellant's motion for new trial by written order dated June 29, 2015. *See* TEX. R. APP. P. 21.8(a), (b) (trial court order granting motion for new trial must be written and entered within 75 days of date sentence imposed or suspended in open court).

An order granting a motion for new trial restores the case to its posture prior to trial, and the judgment is no longer in place to appeal. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). Absent a judgment of conviction or

other appealable order, there is nothing before the Court over which we have jurisdiction. *See*

*Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.).

We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150810F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MODESTO CASTILLO, Appellant

No. 05-15-00810-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-82117-2014.
Opinion delivered by Justice Fillmore, Chief
Justice Wright and Justice Stoddart
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 19th day of October, 2015.